UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 22-04702 |
|---|---|---|
| Ricky L. Addison | ) | |
| Jennifer N. Addison | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

**ORDER SUSTAINING OBJECTION TO CLAIM 55-1**

THIS MATTER coming to be heard on the Objection of the Debtors to Claim 55-1, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The objection is sustained. The IRS is determined to have a priority unsecured claim of $18,885.34 and a general unsecured claim of $40,912.94.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: September 06, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600