WELTMAN# 041336576

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS (EASTERN DIVISION)

| | | |
|---|---|---|
| IN RE: | : | |
| Ricky L Addison | : | CASE NO. 22-04702 |
| Jennifer N Addison | : | |
| | : | CHAPTER 13 |
| | : | |
| DEBTORS. | : | Hon. A. Benjamin Goldgar |

## AGREED ORDER REGARDING MOTION OF CREDITOR, CITIZENS BANK, N.A., FOR RELIEF FROM THE AUTOMATIC STAY

Before the Court is CITIZENS BANK, N.A. ("Movant") Motion for Relief from the Automatic Stays in effect pursuant to 11 U.S.C. § 362 and Fed. R. Bankr. P. 4001(a)(3), as to its collateral, 2016 Kia Sorento (VIN: 5XYPGDA38GG036985).

Based upon the agreement of the parties, the Court orders as follows:

1. The Debtor must make all contractually required payments directly to Movant beginning with the payment due on January 20, 2024.

2. The Debtor must maintain continuous and uninterrupted full coverage insurance on the Movant's collateral. The insurance coverage must contain all appropriate provisions, loss pay endorsements and deductible terms as contemplated by the parties' original loan documentation.

3. The arrearages as of January 15, 2024 are as follows:

    Payments due for 10/20/2023 – 12/20/2023 in the amount of $808.16

    Attorney's fees and costs: $838.00

    Late Charges: $0.00

    Other Charges: $0.00

    Total arrearage: $1,646.16

4. The post-petition arrears must be cured as follows: Debtor(s) must pay directly to Movant one lump sum of $808.16 on or before January 12, 2024 followed by six (6) monthly installments beginning February 20, 2024 in the amount of $140.00 and all subsequent payments thereafter on the 20th of each month until the arrears in paragraph three (3) are paid in full.

5. In the event the Debtor(s) fails to comply with the payment provisions in this order, Movant shall have the right to direct written notice of the default to the Debtor(s) by ordinary U.S. mail and the Debtors' attorney by email. The notice of default must be filed with the court to track the ten (10) day default period. The ten (10) days will start once the notice is filed with the court. In the event the Debtor(s) fails to fully cure the default within ten (10) days after the mailing date of the notice, the automatic stays in effect under 11 U.S.C. §362 and Fed R. Bankr. P. 4001(a)(3) will terminate in favor of Movant, **without further notice of hearing**, upon the filing by counsel for Movant of a Failure to Cure Default.

6. In the event the Debtor(s) fails to comply with the insurance provisions above, Movant shall have the right to send written notice of the default to the Debtor(s) by ordinary U.S. mail and to the Debtors' attorney by email.  In the event the Debtor(s) fails to fully cure the default within five (5) days after the mailing date of the notice, the automatic stays in effect under 11 U.S.C. §362 and Fed R. Bankr. P. 4001(a)(3) will terminate in favor of the Movant, **without further notice, order or hearing**, upon the filing by counsel for Movant of a Notice of Failure to Cure.

**SO AGREED AND ORDERED.**

/s/ Scott Fink
Scott Fink
Weltman, Weinberg & Reis Co., LPA
965 Keynote Circle
Cleveland, OH 44131
Phone: (216) 739-5644
Fax: (216) 739-5680
sfink@weltman.com
Counsel for Creditor,
CITIZENS BANK, N.A.

/s/ David H Cutler
David H Cutler
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600
Fax: (847) 673-8636
cutlerfilings@gmail.com
Counsel for Debtors
Ricky L Addison and Jennifer N Addison

January 30, 2024
Date

Judge A. Benjamin Goldgar